Case 4:16-cv-02578   Document 35   Filed in TXSD on 11/09/17   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK NGUYEN | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action No. H-16-2578 |
| | § | |
| CHRISTIANA TRUST, *a division of Wilmington Savings Fund, Society, FSB, not in its individual capacity but as trustee*, | § | |
| | § | |
| Defendant/Counter-Plaintiff, | § | |
| | § | |
| FAY SERVICING, L.L.C., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Because the Court has dismissed all claims asserted in this lawsuit by Plaintiff Mark Nguyen ("Nguyen") against Defendants Christiana Trust ("Christiana") and Fay Servicing LLC ("Fay") (collectively, "Defendants"), and granted summary judgment in favor of Defendants on Christiana's counterclaim for foreclosure pursuant to Texas Property Code § 51.002, the Court hereby

**ORDERS** that Plaintiff Mark Ngyuen's case is **DISMISSED**. The Court further

**ORDERS** that Defendant Christiana Trust may enforce its lien through non-judicial foreclosure, as provided by the Security Instrument and Texas Property Code § 51.002 on the following described property—commonly known as 10418 Kirkshire Drive, Houston, Texas 77089:

LOT FIVE (5) IN BLOCK TWENTY-FIVE (25), OF KIRKWOOD SUBDIVISION, SEC. 7 AN ADDITION IN HARRIS COUNTY, TEXAS.

**THIS IS A FINAL JUDGMENT**

SIGNED at Houston, Texas, on this ___9___ day of November, 2017.

_____
DAVID HITTNER
United States District Judge